IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THALIA ALEXIOU | : | CIVIL ACTION |
| v. | : | |
| ANGELO MOSHOS | : | NO. 08-5491 |

**ORDER**

AND NOW, this 26th day of October 2009, after consideration of Plaintiff's motion in limine (Doc. 44) and Defendant's response (Doc. 45), it is hereby ORDERED as follows:

1. Plaintiff's motion to exclude evidence of the November Agreement is GRANTED;

2. Plaintiff's motion to exclude evidence related to Defendant's alleged prior loans to Plaintiff and Lazaros Moshos is DENIED; and

3. Plaintiff's motion to exclude evidence related to Plaintiff's personal background is GRANTED.

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE