IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THALIA ALEXIOU | : | CIVIL ACTION |
| v. | : | |
| ANGELO MOSHOS | : | NO. 08-5491 |

## **ORDER**

AND NOW, this 17th day of December 2009, after consideration of Plaintiff's Motion for Entry of Judgment Pursuant to Rule 50(b) (Doc. 53), Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(c) (Doc. 54), and Defendant's Motion to Alter or Amend Judgment and to Tax Costs Against Plaintiff (Doc. 55), as well as the responses and replies to the responses filed thereto, it is hereby ORDERED as follows:

1. Plaintiff's motions are DENIED.

2. Defendant's motion is GRANTED IN PART AND DENIED IN PART. The motion is DENIED with respect to his request to alter or amend judgment pursuant to Rule 59(e), but GRANTED with respect to taxing costs against Plaintiff pursuant to Rule 54.

3. The Clerk of Court is HEREBY DIRECTED to award costs to Defendant. However, Defendant has until December 22, 2009, to correct his Bill of Costs if it contains an incorrect witness fee, and the Clerk shall not enter the cost award until after December 22, 2009.

                                               BY THE COURT:

                                               /S/ELIZABETH T. HEY
                                               _____
                                               ELIZABETH T. HEY
                                               UNITED STATES MAGISTRATE JUDGE